**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDREW MELLENTINE and
DEBRA MELLENTINE,

    Plaintiffs,

v.                                          Case No: 8:13-mc-48-T-30AEP

AMERIQUEST MORTGAGE
COMPANY, WM SPECIALTY
MORTGAGE LLC, CRL RESIDENTIAL
LENDING INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., CHASE HOME
FINANCE, LLC, JP MORGAN CHASE
BANK, N.A., ORLANS ASSOCIATES,
P.C., NATIONWIDE CLEARING TITLE,
INC. and UNKNOWN LENDERS,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #35). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #35) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Motion for Permission to Appeal *In Forma Pauperis* (Dkt. #32) is DENIED.

3. The Court certifies that Plaintiffs' appeal is not taken in good faith.

4. The Clerk is directed to notify the Eleventh Circuit that the motion to proceed *in forma pauperis* on appeal is denied and that the appeal is not taken in good faith in accordance with Federal Rule of Civil Procedure 24(a)(4)(B).

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of March, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2013\13-mc-48 adopt 35.docx